■ In the Matter of KIM D., a Person Alleged to be a Juvenile Delinquent.—Order unanimously modified, on the law, by deleting the last ordering paragraph and otherwise order affirmed, without costs, and matter remitted to Erie County Family Court to set the amount of restitution. Memorandum: The evidence was sufficient to support the court's adjudication that respondent committed an act which, if done by an adult, would constitute third degree robbery. The court erred, however, in delegating to the Probation Department the authority to fix the amount of restitution (see, Family Ct Act § 353.6 [1] [a]; People v Fuller, 57 NY2d 152; People v De Berry, 117 AD2d 1006). (Appeal from order of Erie County Family Court, Sedita, J.—juvenile delinquency.) Present—Callahan, J. P., Doerr, Denman, Boomer and Green, JJ.

■ JOYCE PETA, Respondent, v JOHN PETA, Appellant.—Order and judgment unanimously affirmed, without costs, for reasons stated at Supreme Court, Balio, J. (Appeal from order and judgment of Supreme Court, Onondaga County, Balio, J.—summary judgment.) Present—Callahan, J. P., Doerr, Denman, Boomer and Green, JJ.